# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-01594-VAP (OPx)                                Date:  May 23, 2014

Title:     RICHARD ADDISON STEELE II -v- COUNTY OF RIVERSIDE, A PUBLIC ENTITY, et al.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                        None Present
Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR                                ATTORNEYS PRESENT FOR
PLAINTIFFS:                                          DEFENDANTS:

None                                                 None

PROCEEDINGS:     ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

On September 5, 2013, Plaintiff filed the instant Complaint.  (Doc. No. 1.) Since that time, Plaintiff has failed to prosecute this action.

Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**

MINUTES FORM 11                                      Initials of Deputy Clerk _md/wr_____
CIVIL -- GEN                         Page 1